# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PINEWOOD BUFFET AND GRILL INC § Case No. 12-83341
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/30/2012. The undersigned trustee was appointed on 08/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     44,921.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2,364.87 |
   | Bank service fees | 253.77 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]     $     42,302.94

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  03/20/2013  and the deadline for filing governmental claims was  03/20/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,242.16 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,242.16 , for a total compensation of $ 5,242.16 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2015                 By:/s/DANIEL M. DONAHUE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-83341   TML   Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PINEWOOD BUFFET AND GRILL INC | Date Filed (f) or Converted (c): | 08/30/12 (f) |
| | | 341(a) Meeting Date: | 10/11/12 |
| For Period Ending: 10/28/15 | | Claims Bar Date: | 03/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. State Bank of Freeport Acct #0160978 | 1.00 | 0.00 | | 0.00 | FA |
| 2. Security Deposit - Freeport WAter & Sewer | 200.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit - Nicor Gas | 1,814.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit - ComEd | 4,365.00 | 0.00 | | 0.00 | FA |
| 5. Auto Owners Insurance - Claim | 1,748.00 | 3,490.00 | | 3,490.00 | FA |
| 6. Insurance Proceeds - Fire Claim/Reiff | 41,981.58 | 0.00 | | 0.00 | FA |
| 7. Insurance Proceeds - Fire Claim/Jennifer Smith | 439,252.33 | 41,431.58 | | 41,431.58 | FA |
| 8. Computer | 50.00 | 0.00 | | 0.00 | FA |
| 9. Restaurant dishes | 100.00 | 0.00 | | 0.00 | FA |

| TOTALS (Excluding Unknown Values) | $489,511.91 | $44,921.58 | | $44,921.58 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The turnover action was removed to the District Court. The District Court has overseen preliminary discovery and is currently reviewing cross motions for summary judgment.

Initial Projected Date of Final Report (TFR): 12/01/14        Current Projected Date of Final Report (TFR): 12/01/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-83341 -TML | |
| Case Name: | PINEWOOD BUFFET AND GRILL INC | |
| Taxpayer ID No: | *******1606 | |
| For Period Ending: | 10/28/15 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | BANK OF KANSAS CITY | |
| Account Number / CD #: | *******0112 GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 925.13 | | 925.13 |
| 09/01/15 | 7 | FISHBURN WHITON THRUMAN TRUST ACCOUNT POB 877 Freeport, IL 61032 | Insurance Proceeds | 1129-000 | 41,431.58 | | 42,356.71 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 53.77 | 42,302.94 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 42,356.71 | 53.77 | 42,302.94 |
| Less: Bank Transfers/CD's | | 925.13 | 0.00 | |
| Subtotal | | 41,431.58 | 53.77 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 41,431.58 | 53.77 | |

Page Subtotals   42,356.71   53.77

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 12-83341 -TML | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | PINEWOOD BUFFET AND GRILL INC | Bank Name: CONGRESSIONAL BANK |
| | | Account Number / CD #: *******9843 GENERAL CHECKING |
| Taxpayer ID No: | *******1606 | |
| For Period Ending: | 10/28/15 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/13 | 5 | AUTO OWNERS INSURANCE | PROCEEDS FROM INSURANCE CLAIM | 1129-000 | 3,490.00 | | 3,490.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 3,480.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 3,470.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 3,460.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 2.86 | 3,457.14 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 3,447.14 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 3,437.14 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 3,427.14 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 10.00 | 3,417.14 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 3,407.14 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 3,397.14 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 3,387.14 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 3,377.14 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 3,367.14 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 3,357.14 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 3,347.14 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 3,337.14 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 2.71 | 3,334.43 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 3,324.43 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,314.43 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,304.43 |
| 08/18/14 | 000102 | KENNAY COURT REPORTING POB 8977 | INVOICE 14DK44 COURT REPORTING SERVICES | 2990-000 | | 2,109.30 | 1,195.13 |

Page Subtotals  3,490.00  2,294.87

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-83341 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PINEWOOD BUFFET AND GRILL INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9843  GENERAL CHECKING |
| Taxpayer ID No: | *******1606 | | | |
| For Period Ending: | 10/28/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ROCKFORD, IL  61126 | REFF PROPERTIES V. BAUER AGENCY, ET AL. | | | | |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,185.13 |
| 09/11/14 | 000103 | KENNAY COURT REPORTING | INVOICE 14DK56 | 2990-000 | | 250.00 | 935.13 |
| | | POB 8977 | TODD REID DEPOSITION - E-TRANSCRIPT | | | | |
| | | ROCKFORD, IL  61126 | | | | | |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 925.13 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 925.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,490.00 | 3,490.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 925.13 | |
| Subtotal | 3,490.00 | 2,564.87 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,490.00 | 2,564.87 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0112 | 41,431.58 | 53.77 | 42,302.94 |
| GENERAL CHECKING - ********9843 | 3,490.00 | 2,564.87 | 0.00 |
| | 44,921.58 | 2,618.64 | 42,302.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        1,195.13

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2015 |
|---|---|---|---|---|---|---|

Case Number:  12-83341  
Debtor Name:  PINEWOOD BUFFET AND GRILL INC  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $5,242.16 | $5,242.16 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | Filed 06/04/13<br>9010019843  06/04/13  100<br>9010019843  06/04/14  101 | $0.00 | $5.57<br>2.86<br>2.71 | $5.57 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $18,000.00 | $18,000.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $4,426.08 | $4,426.08 |
| 000010A<br>050<br>4220-00 | Reff Properties, LLC<br>c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104 | Secured | Filed 03/04/13<br>(10-1) Insurance procceds attributable to real estate/personal property owned by claimat & insured for the benefit of claimant. | $0.00 | $439,802.33 | $439,802.33 |
| 000011A<br>050<br>4220-00 | Arvon Funding, LLC c/o Marla Frear<br>POB 1434<br>Grand Rapids, MI 49501 | Secured | Filed 03/12/13<br>(11-1) Goods & Services Provided<br>(11-1) Modified on 03/13/2013 to correct secured amount. (lrd) | $0.00 | $4,397.01 | $4,397.01 |
| 000001A<br>058<br>5800-00 | Illinois Department of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority | Filed 09/14/12<br>(1-1) Unemployment Tax | $0.00 | $23,701.41 | $23,701.41 |
| 000003A<br>058<br>5800-00 | Department of the Treasury - IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | Filed 02/19/13 | $0.00 | $35,305.92 | $35,305.92 |
| 000004A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | Filed 01/03/13<br>(4-1) Unfiled periods | $0.00 | $37,340.21 | $37,340.21 |
| 000001B<br>070<br>7100-00 | Illinois Dept of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois  60603<br>Attn. Amelia Yabes | Unsecured | | $0.00 | $2,891.61 | $2,891.61 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 28, 2015 |
|---|---|---|---|---|---|---|
| Case Number: 12-83341<br>Debtor Name: PINEWOOD BUFFET AND GRILL INC | | Claim Type Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000002<br>070<br>7100-00 | Homepages<br>American Marketing & Publishing<br>POB 982<br>Dekalb, IL 60115 | Unsecured | Filed 10/24/12 | $0.00 | $630.20 | $630.20 |
| 000003B<br>070<br>7100-00 | Department of the Treasury - IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $12,137.50 | $12,137.50 |
| 000004B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $5,363.28 | $5,363.28 |
| 000005<br>070<br>7100-00 | Auto-Owners Insurance<br>Box 30660<br>Lansing, MI 48909 | Unsecured | Filed 01/11/13 | $0.00 | $375.04 | $375.04 |
| 000006<br>070<br>7100-00 | Sysco Baraboo, LLC<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | Unsecured | Filed 01/14/13<br>(6-1) judgment | $0.00 | $7,303.73 | $7,303.73 |
| 000007<br>070<br>7100-00 | Todd Reid and Amy Reid<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108 | Unsecured | Filed 01/22/13<br>(7-1) Funds loaned to Debtor | $0.00 | $32,100.00 | $32,100.00 |
| 000008<br>070<br>7100-00 | Jennifer Lynn Smith<br>Attorney Ralph E. Elliott<br>1005 W. Loras Drive<br>Freeport, IL 61032 | Unsecured | Filed 01/22/13 | $0.00 | $107,833.25 | $107,833.25 |
| 000009<br>070<br>7100-00 | Frontier Communications<br>Bankruptcy Dept.<br>19 John St.<br>Middletown, NY 10940 | Unsecured | Filed 02/22/13 | $0.00 | $561.09 | $561.09 |
| 000010B<br>070<br>7100-00 | Reff Properties, LLC<br>c/o Attorney Craig Willette<br>1318 E. State St.<br>Rockford, IL 61104 | Unsecured | | $0.00 | $5,760.00 | $5,760.00 |
| 000011B<br>070<br>7100-00 | Arvon Funding, LLC<br>c/o Maria Frear<br>POB 1434<br>Grand Rapids, MI 49501 | Unsecured | | $0.00 | $331.75 | $331.75 |
| 000012<br>070<br>7100-00 | Nicor Gas<br>Po box 549<br>Aurora il 60507 | Unsecured | Filed 03/13/13 | $0.00 | $3,389.28 | $3,389.28 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: October 28, 2015 |

Case Number: 12-83341  
Debtor Name: PINEWOOD BUFFET AND GRILL INC  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $746,897.42 | $746,897.42 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-83341
Case Name: PINEWOOD BUFFET AND GRILL INC
Trustee Name: DANIEL M. DONAHUE

Balance on hand $ 42,302.94

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,242.16 | $ 0.00 | $ 5,242.16 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 18,000.00 | $ 0.00 | $ 18,000.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 4,426.08 | $ 0.00 | $ 4,426.08 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.57 | $ 5.57 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 27,668.24

Remaining Balance $ 14,634.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 96,347.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment | $ 23,701.41 | $ 0.00 | $ 3,600.12 |
| 000003A | Department of the Treasury - IRS | $ 35,305.92 | $ 0.00 | $ 5,362.79 |
| 000004A | Illinois Department of Revenue | $ 37,340.21 | $ 0.00 | $ 5,671.79 |

Total to be paid to priority creditors $ 14,634.70

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 178,676.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Homepages | $ 630.20 | $ 0.00 | $ 0.00 |
| 000005 | Auto-Owners Insurance | $ 375.04 | $ 0.00 | $ 0.00 |
| 000006 | Sysco Baraboo, LLC | $ 7,303.73 | $ 0.00 | $ 0.00 |
| 000007 | Todd Reid and Amy Reid | $ 32,100.00 | $ 0.00 | $ 0.00 |
| 000008 | Jennifer Lynn Smith | $ 107,833.25 | $ 0.00 | $ 0.00 |
| 000009 | Frontier Communications | $ 561.09 | $ 0.00 | $ 0.00 |
| 000012 | Nicor Gas | $ 3,389.28 | $ 0.00 | $ 0.00 |
| 000001B | Illinois Dept of Employment Security | $ 2,891.61 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Department of the Treasury - IRS | $ 12,137.50 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue | $ 5,363.28 | $ 0.00 | $ 0.00 |
| 000010B | Reff Properties, LLC | $ 5,760.00 | $ 0.00 | $ 0.00 |
| 000011B | Arvon Funding, LLC | $ 331.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE