UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
PINEWOOD BUFFET AND GRILL INC        §    Case No. 12-83341
                                     §
                                     §
_____Debtor_____                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        U.S. Bankruptcy Clerk's Office
        Stanley J. Roszkowski U.S. Courthouse
        327 South Church Street
        Room 1100
        Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/14/2015 in Courtroom 3100,
        U.S. Courthouse
        327 South Church Street
        Rockford, Illinois  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                    Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PINEWOOD BUFFET AND GRILL INC § Case No. 12-83341
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 44,921.58 |
| and approved disbursements of | $ | 2,618.64 |
| leaving a balance on hand of[1] | $ | 42,302.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,242.16 | $ 0.00 | $ 5,242.16 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 18,000.00 | $ 0.00 | $ 18,000.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 4,426.08 | $ 0.00 | $ 4,426.08 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 5.57 | $ 5.57 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 27,668.24 |
| Remaining Balance | $ | 14,634.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 96,347.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment | $ 23,701.41 | $ 0.00 | $ 3,600.12 |
| 000003A | Department of the Treasury - IRS | $ 35,305.92 | $ 0.00 | $ 5,362.79 |
| 000004A | Illinois Department of Revenue | $ 37,340.21 | $ 0.00 | $ 5,671.79 |
| | Total to be paid to priority creditors | | $ | 14,634.70 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 178,676.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Homepages | $ 630.20 | $ 0.00 | $ 0.00 |
| 000005 | Auto-Owners Insurance | $ 375.04 | $ 0.00 | $ 0.00 |
| 000006 | Sysco Baraboo, LLC | $ 7,303.73 | $ 0.00 | $ 0.00 |
| 000007 | Todd Reid and Amy Reid | $ 32,100.00 | $ 0.00 | $ 0.00 |
| 000008 | Jennifer Lynn Smith | $ 107,833.25 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Frontier Communications | $ 561.09 | $ 0.00 | $ 0.00 |
| 000012 | Nicor Gas | $ 3,389.28 | $ 0.00 | $ 0.00 |
| 000001B | Illinois Dept of Employment Security | $ 2,891.61 | $ 0.00 | $ 0.00 |
| 000003B | Department of the Treasury - IRS | $ 12,137.50 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue | $ 5,363.28 | $ 0.00 | $ 0.00 |
| 000010B | Reff Properties, LLC | $ 5,760.00 | $ 0.00 | $ 0.00 |
| 000011B | Arvon Funding, LLC | $ 331.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                    Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-83341-TML
Pinewood Buffet & Grill Inc.                                                    Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 2           Date Rcvd: Nov 19, 2015
                              Form ID: pdf006             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2015.
```
db             +Pinewood Buffet & Grill Inc.,   1270 W. Stephenson Street,    Freeport, IL 61032-4880
19384741      #+ABC Advertising Specialists Inc.,   1850 Indian Springs Ct.,    Freeport, IL 61032-7129
19384743       +All School Fundraising,   12325 Wetmore Road,    San Antonio, TX 78247-3638
19384770        Arvon Funding LLC,    c/o Johnson Legal Group LLC,    39 S. LaSalle Street, Suite 820,
                 Chicago IL 60603-1616
20168106       +Arvon Funding, LLC c/o Marla Frear,    POB 1434,    Grand Rapids, MI 49501-1434
20160520       +Arvon Funnding, LLC,    Johnson Legal Group, LLC,    39 S. LaSalle St., Suite 820,
                 Chicago, IL 60603-1616
19384744       +Auto-Owners Insurance,    Box 30660,   Lansing, MI 48909-8160
19384745      #+Best Home Hardware,    1271 W. Galena Ave,    Freeport, IL 61032-3825
19384746       +Cannova Construction,    709 S. Garden Ave.,    Forreston, IL 61030-9543
19384747       +City of Freeport,    524 W. Stephenson St. Suite 310,    Freeport, IL 61032-5079
19384750       +Culligan Water Conditioning,    1591 S. Sleezer Road,    Freeport, IL 61032-2512
19384751       +Dubuque Fire Equipment Inc.,    420 Garfield Ave.,    P.O. Box 595,    Dubuque, IA 52004-0595
19384752       +Fiserv.,    4550 SW Macadam Ave.,    Portland, OR 97239-4224
19384753       +Freeport Chamber of Commerce,    27 W. Stephenson Street,    Freeport, IL 61032-4355
19384754       +Freeport Glass Co. Inc.,    214 E. Main Street,    Freeport, IL 61032-4209
19384755       +Freeport Water & Sewer Commission,    524 W. Stephenson Street,    Freeport, IL 61032-4378
19384757       +Gordon Food Service,    10901 38th Street,    Kenosha, WI 53144-7561
19606650       +Homepages,    American Marketing & Publishing,    POB 982,    Dekalb, IL 60115-0982
19384758       +Homepages,    915 East Lincoln HWY,    PO Box 801,    DeKalb, IL 60115-0801
19384759       +IDES,    Central Region Revenue,    850 E. Madison Street 2nd Fl.,    Springfield, IL 62702-5520
19950390       +Jennifer Lynn Smith,    Attorney Ralph E. Elliott,    1005 W. Loras Drive,
                 Freeport, IL 61032-6923
19384763       +Jennifer Lynn Smith,    1108 Oakwood Dr.,    Freeport, IL 61032-3725
19384764       +Joseph Reid,    3735 W. Stephenson Street,    Freeport, IL 61032-4438
19384765       +LP Scientific,    947 S. Arcade,    Freeport, IL 61032-6036
19384766       +Moring Disposal Inc.,    P.O. Box 158,    Forreston, IL 61030-0158
19384767       +National Retail Supply,    201 Penn Center Blvd. #400,    Pittsburg, PA 15235-5441
19384768       +New Millenium Directories,    1630 S. Galena Ave., Suite B,    Freeport, IL 61032-2518
19384772       +Notice Only,    Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
19384771        Notice Only,    Crestwood Group LLC,    P.O. Box 22928,    Cleveland, OH 44122-0928
19384774        Plunkett's Pest Control,    40 NE 52nd Way,    Fridley, MN 55421-1014
19384775       +Reff Properties, LLC,    1027 Tennessee Lane,    Elk Grove Village, IL 60007-2951
19639533       +Reff Properties, LLC,    c/o Attorney Craig Willette,    1318 E. State St.,
                 Rockford, IL 61104-2228
19384777       +Restorx of Northern IL,    4497 S. Park Road,    Freeport, IL 61032-9327
19384778       +Sanimax USA Inc.,    2099 Shawano Ave.,    Green Bay, WI 54303-4831
19384779       +Shockey & Cox LLC,    208 W. Stephenson St., Suite 101,    P.O. Box 780,
                 Freeport, IL 61032-0780
19384780        Sysco Baraboo, LLC,    910 S. Blvd.,    Baraboo, WI 53913-2793
19915184       +Sysco Baraboo, LLC,    c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
                 Milwaukee, Wisconsin 53212-1077
19384781       +The Journal Standard,    P.O. Box 330,    Freeport, IL 61032-0330
19945195       +Todd Reid and Amy Reid,    c/o Attorney Stephen G. Balsley,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
19384784       +United Bank Card,    2202 North Irving Street,    Allentown, PA 18109-9554
19384786       +WQLF-FM/WFRL AM-WFPS FM,    PO Box 807,    Freeport, IL 61032-0807
19384785       +Wayne Schofield Plumbing & Well Service,    1003 Longhorn Ct.,    Freeport, IL 61032-8627
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19384748       +E-mail/Text: legalcollections@comed.com Nov 20 2015 01:36:08      Commonwealth Edison,
                 P.O. Box 6111,    Carol Stream, IL 60197-6111
19863115        E-mail/Text: cio.bncmail@irs.gov Nov 20 2015 01:33:56      Department of the Treasury - IRS,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20076069        E-mail/Text: bankruptcynotification@frontiercorp.com Nov 20 2015 01:36:43
                 Frontier Communications,    Bankruptcy Dept.,    19 John St.,   Middletown, NY 10940
19384756        E-mail/Text: bankruptcynotification@frontiercorp.com Nov 20 2015 01:36:43
                 Frontier Communications,    P.O. Box 20550,    Rochester, NY 14602-0550
19384760        E-mail/Text: rev.bankruptcy@illinois.gov Nov 20 2015 01:34:46
                 Illinois Department of Revenue,    P.O. Box 19043,    Springfield, IL 62702-9043
19438600       +E-mail/Text: des.claimantbankruptcy@illinois.gov Nov 20 2015 01:36:20
                 Illinois Department of Employment Security,    33 S State St 10th Flr Bankruptcy Unit,
                 Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
19878848        E-mail/Text: rev.bankruptcy@illinois.gov Nov 20 2015 01:34:46
                 Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
19384761       +E-mail/Text: hduncan@inthenewsonline.com Nov 20 2015 01:36:40      In the News,
                 Attn: Mr. McFarland,    P.O. Box 30176,    Tampa, FL 33630-3176
20168148       +E-mail/Text: bankrup@aglresources.com Nov 20 2015 01:33:22      Nicor Gas,    Po box 549,
                 Aurora il 60507-0549
19384769       +E-mail/Text: bankrup@aglresources.com Nov 20 2015 01:33:22      Nicor Gas,    P.O. Box 0632,
                 Aurora, IL 60507-0632
                                                                                               TOTAL: 10
```

```
District/off: 0752-3                  User: lorsmith                Page 2 of 2                  Date Rcvd: Nov 19, 2015
                                      Form ID: pdf006               Total Noticed: 52


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19384762*        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,   Cincinnati, OH 45999-0039)
19384776*        +Reff Properties, LLC,   1027 Tennessee Lane,   Elk Grove Village, IL 60007-2951
19384783*        +Todd and Amy Reid,   1270 W. Stephenson Street,   Freeport, IL 61032-4880
19384742         ##ADP, Inc.,   504 Clinton Center Drive,   Suite 4400,   Clinton, MS 39056-5610
19384749         ##+Crippen Signs,   701 S. Chippewa Ave.,   Freeport, IL 61032-6042
19384773         ##Notice Only,   NCO Financial Systems Inc.,   PO Box 15391,   Wilmington, DE 19850-5391
19384782         ##+Todd & Amy Reid,   1270 W. Stephenson Street,   Freeport, IL 61032-4880
                                                                                              TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2015                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2015 at the address(es) listed below:
              Bradley T Koch    on behalf of Debtor    Pinewood Buffet & Grill Inc. bkoch@holmstromlaw.com,
               knorris@holmstromlaw.com
              Bryan K. Duplechain    on behalf of 3rd Pty Defendant    Auto-Owners Insurance Company
               bduplechain@sanchezdh.com
              Craig A Willette    on behalf of Creditor    Reff Properties, LLC craigwillette@comcast.net
              Craig A Willette    on behalf of 3rd Party Plaintiff    Reff Properties, LLC
               craigwillette@comcast.net
              Craig A Willette    on behalf of Defendant    Reff Properties, LLC craigwillette@comcast.net
              Daniel  Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    on behalf of Plaintiff Daniel M Donahue,Trustee ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Plaintiff Daniel M Donahue,Trustee ddonahue@mjwpc.com
              Daniel M Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com
              Daniel M. Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              James W Davidson    on behalf of 3rd Pty Defendant    Bauer Group Agency, Ltd a/ka The Bauer Group,
               Ltd. a/k/a Bauer McCoy Insurance Agency, Inc. jdavidson@ohaganlaw.com,   jhoward@ohaganlaw.com
              James W Davidson    on behalf of 3rd Pty Defendant Michael  Woodward jdavidson@ohaganlaw.com,
               jhoward@ohaganlaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Ralph E Elliott    on behalf of Defendant Jennifer L Smith ree@reelaw.com
              Ralph E Elliott    on behalf of 3rd Pty Defendant Jennifer  Smith ree@reelaw.com
              Ralph E Elliott    on behalf of Creditor Jennifer L Smith ree@reelaw.com
                                                                                             TOTAL: 16
```