UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                    §
                                          §
PINEWOOD BUFFET AND GRILL INC   §        Case No. 12-83341
                                          §
           Debtor                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 48,511.58  *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  14,634.70 | Claims Discharged Without Payment:  260,389.57 |
| Total Expenses of Administration:  30,286.88 | |

   3) Total gross receipts of $ 44,921.58  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 44,921.58  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 444,199.34 | $ 444,199.34 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,286.88 | 30,286.88 | 30,286.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 96,347.54 | 96,347.54 | 14,634.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 178,676.73 | 178,676.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 749,510.49 | $ 749,510.49 | $ 44,921.58 |

4) This case was originally filed under chapter 7 on 08/30/2012 . The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/10/2016           By:/s/DANIEL M. DONAHUE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto Owners Insurance - Claim | 1129-000 | 3,490.00 |
| Insurance Proceeds - Fire Claim/Jennifer Smith | 1129-000 | 41,431.58 |
| **TOTAL GROSS RECEIPTS** | | **$44,921.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011A | ARVON FUNDING, LLC C/O MARLA FREAR | 4220-000 | NA | 4,397.01 | 4,397.01 | 0.00 |
| 000010A | REFF PROPERTIES, LLC | 4220-000 | NA | 439,802.33 | 439,802.33 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 444,199.34** | **$ 444,199.34** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 5,242.16 | 5,242.16 | 5,242.16 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 5.57 | 5.57 | 5.57 |
| BANK OF KANSAS CITY | 2600-000 | NA | 53.77 | 53.77 | 53.77 |
| CONGRESSIONAL BANK | 2600-000 | NA | 200.00 | 200.00 | 200.00 |
| KENNAY COURT REPORTING | 2990-000 | NA | 2,359.30 | 2,359.30 | 2,359.30 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 18,000.00 | 18,000.00 | 18,000.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 4,426.08 | 4,426.08 | 4,426.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,286.88 | $ 30,286.88 | $ 30,286.88 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | DEPARTMENT OF THE TREASURY - IRS | 5800-000 | NA | 35,305.92 | 35,305.92 | 5,362.79 |
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 23,701.41 | 23,701.41 | 3,600.12 |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 37,340.21 | 37,340.21 | 5,671.79 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 96,347.54 | $ 96,347.54 | $ 14,634.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011B | ARVON FUNDING, LLC | 7100-000 | NA | 331.75 | 331.75 | 0.00 |
| 000005 | AUTO-OWNERS INSURANCE | 7100-000 | NA | 375.04 | 375.04 | 0.00 |
| 000003B | DEPARTMENT OF THE TREASURY - IRS | 7100-000 | NA | 12,137.50 | 12,137.50 | 0.00 |
| 000009 | FRONTIER COMMUNICATIONS | 7100-000 | NA | 561.09 | 561.09 | 0.00 |
| 000002 | HOMEPAGES | 7100-000 | NA | 630.20 | 630.20 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 5,363.28 | 5,363.28 | 0.00 |
| 000001B | ILLINOIS DEPT OF EMPLOYMENT SECURIT | 7100-000 | NA | 2,891.61 | 2,891.61 | 0.00 |
| 000008 | JENNIFER LYNN SMITH | 7100-000 | NA | 107,833.25 | 107,833.25 | 0.00 |
| 000012 | NICOR GAS | 7100-000 | NA | 3,389.28 | 3,389.28 | 0.00 |
| 000010B | REFF PROPERTIES, LLC | 7100-000 | NA | 5,760.00 | 5,760.00 | 0.00 |
| 000006 | SYSCO BARABOO, LLC | 7100-000 | NA | 7,303.73 | 7,303.73 | 0.00 |
| 000007 | TODD REID AND AMY REID | 7100-000 | NA | 32,100.00 | 32,100.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 178,676.73 | $ 178,676.73 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 12-83341    TML    Judge: THOMAS M. LYNCH  
Case Name: PINEWOOD BUFFET AND GRILL INC  

Trustee Name: DANIEL M. DONAHUE  
Date Filed (f) or Converted (c): 08/30/12 (f)  
341(a) Meeting Date: 10/11/12  

For Period Ending: 02/10/16  

Claims Bar Date: 03/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. State Bank of Freeport Acct #0160978 | 1.00 | 0.00 | | 0.00 | FA |
| 2. Security Deposit - Freeport WAter & Sewer | 200.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit - Nicor Gas | 1,814.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit - ComEd | 4,365.00 | 0.00 | | 0.00 | FA |
| 5. Auto Owners Insurance - Claim | 1,748.00 | 3,490.00 | | 3,490.00 | FA |
| 6. Insurance Proceeds - Fire Claim/Reiff | 41,981.58 | 0.00 | | 0.00 | FA |
| 7. Insurance Proceeds - Fire Claim/Jennifer Smith | 439,252.33 | 41,431.58 | | 41,431.58 | FA |
| 8. Computer | 50.00 | 0.00 | | 0.00 | FA |
| 9. Restaurant dishes | 100.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $489,511.91    $44,921.58    $44,921.58

Gross Value of Remaining Assets    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The turnover action was removed to the District Court. The District Court has overseen preliminary discovery and is currently reviewing cross motions for summary judgment.

Initial Projected Date of Final Report (TFR): 12/01/14    Current Projected Date of Final Report (TFR): 12/01/15

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 7)

Ver: 19.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-83341 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | PINEWOOD BUFFET AND GRILL INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0112  GENERAL CHECKING |
| Taxpayer ID No: | *******1606 | | |
| For Period Ending: | 02/10/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 925.13 | | 925.13 |
| 09/01/15 | 7 | FISHBURN WHITON THRUMAN TRUST ACCOUNT POB 877 Freeport, IL 61032 | Insurance Proceeds | 1129-000 | 41,431.58 | | 42,356.71 |
| 09/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 53.77 | 42,302.94 |
| 12/15/15 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 5,242.16 | 37,060.78 |
| 12/15/15 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 18,000.00 | 19,060.78 |
| 12/15/15 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 4,426.08 | 14,634.70 |
| 12/15/15 | 002004 | Illinois Department of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | Claim 000001A, Payment 15.2% | 5800-000 | | 3,600.12 | 11,034.58 |
| 12/15/15 | 002005 | Department of the Treasury - IRS Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000003A, Payment 15.2% | 5800-000 | | 5,362.79 | 5,671.79 |
| 12/15/15 | 002006 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Claim 000004A, Payment 15.2% | 5800-000 | | 5,671.79 | 0.00 |

Page Subtotals　42,356.71　42,356.71

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-83341 -TML |
| Case Name: | PINEWOOD BUFFET AND GRILL INC |
| Taxpayer ID No: | *******1606 |
| For Period Ending: | 02/10/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0112  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 42,356.71 | 42,356.71 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 925.13 | 0.00 | |
| | | | Subtotal | | 41,431.58 | 42,356.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 41,431.58 | 42,356.71 | |

Page Subtotals        0.00        0.00

Ver: 19.05c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-83341 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PINEWOOD BUFFET AND GRILL INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9843 GENERAL CHECKING |
| Taxpayer ID No: | *******1606 | | | |
| For Period Ending: | 02/10/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/13 | 5 | AUTO OWNERS INSURANCE | PROCEEDS FROM INSURANCE CLAIM | 1129-000 | 3,490.00 | | 3,490.00 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 10.00 | 3,480.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 10.00 | 3,470.00 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 10.00 | 3,460.00 |
| 06/04/13 | 000100 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond | 2300-000 | | 2.86 | 3,457.14 |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 10.00 | 3,447.14 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 10.00 | 3,437.14 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 10.00 | 3,427.14 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 10.00 | 3,417.14 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 10.00 | 3,407.14 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 10.00 | 3,397.14 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 10.00 | 3,387.14 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 10.00 | 3,377.14 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 10.00 | 3,367.14 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 10.00 | 3,357.14 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 10.00 | 3,347.14 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 10.00 | 3,337.14 |
| 06/04/14 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 2.71 | 3,334.43 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 10.00 | 3,324.43 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,314.43 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,304.43 |
| 08/18/14 | 000102 | KENNAY COURT REPORTING POB 8977 | INVOICE 14DK44 COURT REPORTING SERVICES | 2990-000 | | 2,109.30 | 1,195.13 |

Page Subtotals 3,490.00 2,294.87

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2     Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 12-83341 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | PINEWOOD BUFFET AND GRILL INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******9843 GENERAL CHECKING |
| Taxpayer ID No: | *******1606 | | | |
| For Period Ending: | 02/10/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ROCKFORD, IL 61126 | REFF PROPERTIES V. BAUER AGENCY, ET AL. | | | | |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,185.13 |
| 09/11/14 | 000103 | KENNAY COURT REPORTING | INVOICE 14DK56 | 2990-000 | | 250.00 | 935.13 |
| | | POB 8977 | TODD REID DEPOSITION - E-TRANSCRIPT | | | | |
| | | ROCKFORD, IL 61126 | | | | | |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 925.13 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 925.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,490.00 | 3,490.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 925.13 | |
| Subtotal | 3,490.00 | 2,564.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,490.00 | 2,564.87 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0112 | 41,431.58 | 42,356.71 | 0.00 |
| GENERAL CHECKING - ********9843 | 3,490.00 | 2,564.87 | 0.00 |
| | 44,921.58 | 44,921.58 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,195.13

Ver: 19.05c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*